IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                     CASE NO. 4:12CR00013 - 2  JMM

KERRI MICHELLE HARRIS

**ORDER**

For the reasons stated into the record at the hearing held on June 5, 2012, Defendant's Motion to Suppress (#49) is denied.

IT IS SO ORDERED THIS  6   day of  June , 2012.

_____
James M. Moody
United States District Judge